NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TONYA R. MOSLEY,**

*Petitioner*

**v.**

**DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT,**

*Respondent*

---

2023-2167

---

Petition for review of the Merit Systems Protection Board in No. SF-0752-23-0252-I-1.

---

## O R D E R

Upon consideration of Tonya R. Mosley's failure to file her Statement Concerning Discrimination and Federal Circuit Rule 15(c)(3) which states "[f]ailure to file a completed discrimination statement may result in dismissal,"

IT IS ORDERED THAT:

(1) This petition for review is dismissed.

2                                                          MOSLEY v. HUD

  (2)  Any pending motion is denied as moot.

  (3)  Each side shall bear its own costs.

FOR THE COURT

_November 15, 2023_
Date

Jarrett B. Perlow
Clerk of Court